

# Fourth Court of Appeals

## San Antonio, Texas

March 19, 2025

No. 04-25-00080-CR

Maximino Manuel **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12218
Honorable Joel Perez, Judge Presiding

**ORDER**

Sitting:      Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 19, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk